UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANTHONY M. GALVEZ,

        Plaintiff,

    v.

TYCO INTERNATIONAL, INC.,
et al,

        Defendants.

NO. CIV. S-05-1082 WBS-JFM

ORDER

----oo0oo----

Counsel for plaintiff has filed an ex parte application for an extension of time to file plaintiff's response to defendant's motion for summary judgment. Counsel for defendant has filed an opposition to the application. The court would not do defendant any favor by denying plaintiff's request. There is no doubt - no doubt whatsoever - that any order of this court granting summary judgment in favor of defendant without affording plaintiff even an extra 30 days to respond would be summarily reversed for abuse of discretion. This would only result in unnecessary costs and delay to all parties, including defendant.
///

1

1           The hearing on defendant's motion for summary judgment
2 is therefore continued to May 15, 2006, at 1:30 p.m.  Plaintiff's
3 opposition and defendant's reply shall be filed in accordance
4 with the applicable Local Rules associated with that date.
5           IT IS SO ORDERED.
6 DATED:  April 7, 2006

*[Signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE