UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANTHONY M. GALVEZ,

        Plaintiff,

   v.

TYCO INTERNATIONAL, INC., and DOES 1 through 20, inclusive,

        Defendants.

NO. CIV. S-05-1082 WBS JFM

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

        Before the court is defendant Tyco International, Inc.'s motion for summary judgment. On May 9, 2006, defendant filed twenty-two objections to statements in the declarations of plaintiff Anthony M. Galvez and Jamelie Samonte (submitted in opposition to defendant's motion). Defendant's objections are made primarily on the grounds that the statements at issue constitute inadmissable personal opinions or hearsay, lack foundation, and/or violate the best evidence rule. To rule on defendant's motion for summary judgment, the court must first decide these objections. Accordingly, at the hearing currently

1

1 | set for May 15, 2006, at 1:30 p.m., the court will hear only the
2 | evidentiary objections.  The hearing on the motion for summary
3 | judgment will be rescheduled for a later date after the
4 | evidentiary objections have been resolved.
5 |           IT IS SO ORDERED.
6 | DATED:  May 9, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2