Luis P. Sanchez (SBN 112216)
Glenn A. Thompson (SBN 084311)
Sanchez & Associates
3054 Fite Circle, Suite 106
Sacramento, CA 95827-1809
(916) 914-1221
Attorneys for Anthony M. Galvez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. GALVEZ, an individual, ) | Case No. 2:05-Cv-01082-WBS-JFM |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | |
| vs. ) | [Federal Rule of Civil |
| ) | Procedure 41(a)(1)(ii)] |
| TYCO INTERNATIONAL (US), INC., and ) | |
| DOES 1 through 20, inclusive, ) | |
| ) | |
| Defendants ) | |
| ) | |

**THE PARTIES HEREBY STIPULATE** by and through their respective counsel **to dismiss with prejudice** in its entirety the above-referenced case. Each party to pay for their own attorney fees and costs in this matter.

Date: _____6/28/06_____        ___/s/_Glenn A. Thompson_____
                                   Attorney For Plaintiff

Date: _____7/19/06_____        ___/s/ Dominick C. Capozzola_
                                   Attorney For Defendant

SO ORDERED:
Date:  August 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE